1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

7
8
9
10
11
12
13
14
15
16
17
18

| | |
|---|---|
| STATE OF WASHINGTON, WASHINGTON DEPARTMENT OF LICENSING, JAY INSLEE, Governor, and PAT KOHLER , Director of Washington State Department of Licensing;<br><br>Plaintiffs,<br><br>v.<br><br>THE TRIBAL COURT FOR THE CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION, and its CHIEF TRIBAL COURT JUDGE TED STRONG, and the CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION, a Federally Recognized Indian Tribe,<br><br>Defendants. | NO.  CV-12-3152-LRS<br><br>ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE AND WITHOUT COSTS<br><br>November 18, 2013<br>Without Oral Argument |

19
20
21
22

    BEFORE the Court is the Parties' Joint Motion To Dismiss.   Having

reviewed said Motion and the file and pleadings therein, the Court deems itself

otherwise fully advised in the premises.  Accordingly,

ORDER GRANTING                         1
AMENDED JOINT MOTION TO
DISMISS –
CV-12-3152-LRS

IT IS ORDERED that:

1.      Plaintiffs' claims against Defendants are dismissed with prejudice, without fees or costs to any party.

2.      The Consent Decree and all orders issued in *Teo v. Steffenson*, No. 93-3050 (E.D. Wash.), as amended in *Teo v. Steffenson*, No. 04-3079 (E.D. Wash.), are hereby vacated.

The District Court Executive is directed to enter this Order and provide copies of this Order to all counsel of record.

DATED this 21st day of November, 2013.


*s/Lonny R. Suko*

_____
LONNY R. SUKO
Senior U. S. District Court Judge

ORDER GRANTING
AMENDED JOINT MOTION TO
DISMISS –
CV-12-3152-LRS

2